# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. CR03-449-MJP |
| | CR08-237-MJP |
| v. | |
| RYAN TICHY, | **PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |
| Defendant. | |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on January 21, 2010. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Bruce Miyake, and defendant was represented by Gilbert H. Levy. Also present was U.S. Probation Officer Thomas J. Fitzgerald. The proceedings were digitally recorded.

## SENTENCE AND PRIOR ACTION

For case number **CR03-449-MJP**, defendant was sentenced on May 21, 2004 by the Honorable Marsha J. Pechman for Possession of a Document Making Implement, Possession of Counterfeit Identifications, and Possession of Stolen Mail. He received 30 months of detention and 3 years of supervised release. On November 14, 2009, defendant appeared before the Court for both his supervised release violation and his new federal offense under case number **CR08-**

PROPOSED FINDINGS OF FACT AND DETERMINATION AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE - 1

**237-MJP**.

Defendant received a sentence of 4 months of detention in CR03-449-MJP to run consecutive to 1 year and 1 day in CR08-237-MJP. Supervised release in CR03-449-MJP was set at 21 months to run concurrently with the 3 year term of supervised release in CR08-237-MJP.

PRESENTLY ALLEGED VIOLATIONS

In a petition dated November 20, 2009, U.S. Probation Officer Thomas J. Fitzgerald alleged that defendant violated the following conditions of supervised release:

1. Committing the crime of identity theft, on or before November 30, 2009, in violation of the mandatory condition of supervised release that he not commit a federal, state, and/or local crime.

2. Committing the crime of theft, or before November 30, 2009, in violation of the mandatory condition of supervised release that he not commit a federal, state, and/or local crime.

3. Committing the crime of possession of stolen property, or before November 30, 2009, in violation of the mandatory condition of supervised release that he not commit a federal, state, and/or local crime.

FINDINGS FOLLOWING EVIDENTIARY HEARING

The government dismissed violations 1 and 3. Defendant admitted to violation 2, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing February 1, 2010 at 4:00 p.m. before District Judge Marsha J. Pechman.

RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the

conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 21st day of January, 2010.

BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND DETERMINATION AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE - 3